**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 16 CR. 500 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| JOSE DIAZ, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, May 15, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: May 8, 2024
New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.