

May 10, 2024

*Via* ECF

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       **Re:**   *United States v. Jose Diaz,* **16-CR-500 (RMB)**

Dear Judge Berman:

       Pursuant to the Court's order from April 23, 2024, I was re-appointed to represent Mr. Jose Diaz at his supervised release hearing scheduled for next Wednesday, May 15, 2024, at 10:00 a.m.

       I respectfully request permission for my law firm partner, Florian Miedel, to appear on my behalf to represent Mr. Diaz on May 15, 2024. The reason for this request is that I have a conflicting representation of a client in Bronx County Criminal Court that morning, and Mr. Miedel is already scheduled to appear before Your Honor at 11:00 a.m. that day in SDNY. The Court has indicated that this is likely to be an initial status conference on the matter, and Mr. Miedel will only appear on my behalf on this day. I am briefing Mr. Miedel on this case, and he will be prepared to engage in substantive discussions about Mr. Diaz's application for early termination of supervised release.

       Thank you for the Court's consideration of this request.

Application granted.

_____

_____

_____

_____

SO ORDERED:

Date:  5/13/24

*Richard M. Berman*

Richard M. Berman, U.S.D.J.

Respectfully submitted,

   /s/

Aaron Mysliwiec
Miedel & Mysliwiec LLP