UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,            16 CR. 500 (RMB)

    - against -                 **ORDER**

JOSE DIAZ,

                Defendant.
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 11, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 414 828 152#

Dated: June 26, 2024
       New York, NY

                                        **RICHARD M. BERMAN**
                                             U.S.D.J.