**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                    :
                                   Government,        :          16 CR. 500 (RMB)
                                                                    :
               - against -                                   :          **ORDER**
                                                                    :
                                                                    :
JOSE DIAZ,                                                 :
                                                                    :
                                   Defendant(s).        :
------------------------------------------------------------x


        The supervised release hearing scheduled for Tuesday, September 24, 2024 at

1:00 P.M. will take place in Courtroom 17B.



Dated: September 18, 2024
          New York, NY


_____

          RICHARD M. BERMAN
                  U.S.D.J.