**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                        Government,             :        16 CR. 500 (RMB)
                                                :
            - against -                         :        **ORDER**
                                                :
JOSE DIAZ,                                      :
                                                :
                        Defendant.              :
------------------------------------------------------------x


     The supervised release hearing is scheduled for Monday, December 2, 2024 at

10:00 A.M.

     In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams

**Join the meeting now**

     Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


     Dial-in Number: (646) 453-4442
     Conference ID: 985 177 204#


Dated: November 20, 2024
     New York, NY

                                            *Richard M. Berman*
                                   **RICHARD M. BERMAN**
                                         **U.S.D.J.**