**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                        Government,              :       16 CR. 500 (RMB)
                                                  :
        - against -                              :       **ORDER**
                                                  :
JOSE DIAZ,                                        :
                                                  :
                        Defendant.               :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 29, 2025 at 10:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 859 999 690#

Dated: May 21, 2025
       New York, NY

                                                        RICHARD M. BERMAN
                                                               U.S.D.J.